# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JAMES DIETZ, ADMINISTRATOR OF THE ESTATES OF JOHN KENNETH LALLO, SR., DECEASED AND DIANA CHRISTINE CEO LALLO, DECEASED, JOHN K. LALLO, JR., MELISSA LALLO-JOHNSON, ERICA HOAR AND SAMANTHA LALLO

v.

AVCO CORPORATION, LYCOMING ENGINES, AVCO LYCOMING-TEXTRON WILLIAMSPORT, CONTINENTAL MOTORS, INC., TELEDYNE CONTINENTAL MOTORS, INC., BENDIX CORPORATION, UNISON INDUSTRIES, LLC, UNISON INDUSTRIES, INC., ALLIED-SIGNAL, INC., HONEYWELL INTERNATIONAL, INC., INTERFACE PERFORMANCE MATERIALS, INC., INTERFACE SOLUTIONS, INC., NEW ISI, INC. AND QUALITY AIRCRAFT ACCESSORIES, INC.

PETITION OF: CONTINENTAL MOTORS, INC. (INCORRECTLY ALSO NAMED AS TELEDYNE CONTINENTAL MOTOR, INC., IN THIS ACTION)

No. 234 EAL 2022

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.